UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

COURT FILE NO: CV-

| | |
|---|---|
| SHANEL MUMFORD <br>     Plaintiff <br> v. <br><br> REDLINE RECOVERY SERVICES, LLC <br>     Defendant | ) <br> ) <br> )    CASE NO.: 12-07223 <br> ) <br> ) <br> ) <br> ) <br> )    **JURY TRIAL DEMANDED** <br> ) |

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that Plaintiff, SHANEL MUMFORD, pursuant to Rule 41 (a)(I)(i) of the Rules of the United States District Court, hereby dismisses the action captioned above, with prejudice.

BY:    Mpf8441/s/Michael P. Forbes
          Michael P. Forbes, Esquire
          Attorney for Plaintiff
          Law Office of Michael P. Forbes, PC
          Attorney I.D. #55757
          200 Eagle Road
          Suite 220
          Wayne, PA  19087
          (610)293-9399

Date: May 20, 2013